

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00257-CV

**IN THE INTEREST OF J.A. AND G.A., CHILDREN**

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 64916-A, Honorable James W. Anderson, Presiding

September 29, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Joshua Barrett Auzenne, appeals from the trial court's *Final Order in Suit to Modify the Parent-Child Relationship*. Now pending before this Court is Auzenne's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Auzenne. *See*

TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam